## 34309. FAUTH v. BRUCE et al.

PER CURIAM.

This is an appeal from a jury verdict entered in favor of the defendants-appellees in an action to cancel a deed. The grantor of the land in question testified that she conveyed the property. The evidence is sufficient to authorize the jury's verdict. *Kelly v. Gaskins,* 238 Ga. 730 (235 SE2d 386) (1977).

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 10, 1979 — DECIDED JANUARY 24, 1979.

*D. W. Slone, Benjamin Gratz, Jr.,* for appellant.

*George H. Wynn,* for appellees.